United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Strike 3 Holdings, LLC, Plaintiff, ) <br> ) <br> v.                                             ) <br> ) Civil Action No. 19-22743-Civ-Scola <br> ) <br> John Doe subscriber assigned IP     ) <br> address 99.140.78.127, Defendants. ) | |

## Notice of Upcoming Deadline to Serve
## under Federal Rule of Civil Procedure 4(m)

A plaintiff must serve the defendant with a summons and a copy of the complaint within 90 days after filing the complaint. Fed. R. Civ. P. 4(c)(1) & 4(m). In this case, the Plaintiff filed its complaint on July 3, 2019, and service is required by October 1, 2019. From a review of the record, it does not appear that the Plaintiff has served the Defendant yet. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m).

The Plaintiff is notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiff timely serves the Defendant by October 1, 2019, or establishes with the Court—before this deadline—that good cause exists for the failure.

**Done and ordered** at Miami, Florida, on September 27, 2019.

_____
Robert N. Scola, Jr.
United States District Judge